# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

**JONATHAN ONEIL MAYO,**

    Petitioner,

v.                                               Civil Action No. **3:18CV231**

**MARK HERRING,**

    Respondent.

## MEMORANDUM OPINION

Petitioner, a Virginia state prisoner proceeding *pro se*, submitted a 28 U.S.C. § 2254 petition. By Memorandum Order entered on October 9, 2018, the Court directed Petitioner to show good cause as to why the action should not be dismissed for failure to exhaust his state court remedies. On October 18, 2018, the United States Postal Service returned the October 9, 2018 Memorandum Order to the Court marked, "NOT IN OUR FACILITY." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to keep the Court advised as to his current address indicates his lack of interest in prosecuting the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. A certificate of appealability will be DENIED.

An appropriate Order shall accompany this Memorandum Opinion.

                                                        /s/
                                      M. Hannah Lauck
                                      United States District Judge

Date: **NOV 1 9 2018**
Richmond, Virginia